**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Fax: 646-304-6604
Apatel@apatellaw.com                                                          Telephone 212-349-0230

**By ECF**

May 9, 2020

Application granted.

SO ORDERED:

Honorable William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

_____
WILLIAM H. PAULEY III
U.S.D.J.

May 11, 2020

Re:   United States v. Alvarado Dominguez
      16 Cr. 108 (WHP)

Dear Judge Pauley:

     This letter is respectfully submitted to request that I be appointed to represent Mr. Dominguez pursuant to the Criminal Justice Act on a motion for resentencing in the above referenced case.   I was appointed as counsel for Mr. Dominguez in a matter before the Honorable Valerie E. Caproni [17 Cr. 438 (VEC)] and continue to represent him on that matter post-sentencing.

     I am requesting to be appointed on the matter before Your Honor as Mr. Dominguez has asked me to make a motion on his behalf to be resentenced in light of *United States v. Davis*, 139 S. Ct. 2319 (2019).

Respectfully submitted,

 /s/Andrew Patel
Andrew G. Patel

cc:   All counsel by ECF