UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

       -against-                                               :            16 Cr. 108 (WHP)

ALVARADO DOMINGUEZ                             : ORDER TO ANSWER, 28 U.S.C. § 2255

                           Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

       Within sixty Of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion.  Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response.  Absent further order, the motion will be considered fully submitted as of that date.

Dated: June 30, 2020
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.