**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Fax: 646-304-6604
Apatel@apatellaw.com                                                                    Telephone 212-349-0230

**By ECF**

April 27, 2021

Honorable William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                    Re:       United States v. Alvarado Dominguez
                                16 Cr. 108 (WHP)

Dear Judge Pauley:

       In accordance with Your Honor's Order of August 25, 2020 (dkt #198), I write to ask the Court to continue the stay of this case, which poses the question whether attempted Hobbs Act robbery is a "crime of violence" under 18 U.S.C. § 924(c). Although the Second Circuit recently decided that question against Mr. Dominguez in United States v. McCoy, ___ F.3d ___, 2021 WL 1567745 (2d Cir. Apr. 22, 2021), there is a circuit split on this issue that the government has asked the Supreme Court to resolve in United States v. Taylor, No. 20-1459 (cert pet. filed Apr. 14, 2021). I have communicated with Assistant United States Attorney David Denton, who has no objection to continuing the stay.

                              Respectfully submitted,

                              /s/Andrew Patel
                              Andrew G. Patel

cc:       All counsel by ECF

           Alvarado Dominguez (by Legal Mail)

Application granted.

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

April 28, 2021